UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTIE DAVIS,<br><br>    Plaintiff - Appellant<br><br>v.<br><br>TEAM ELECTRIC CO.,<br><br>    Defendant - Appellee | No. 05-35877<br>D.C. No. CV-01-01752-OMP/JMS<br><br>MANDATE |

The judgment of this Court, entered 3/28/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk